

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

December 21, 2022

Clerk of U.S. Bankruptcy Court
Pennsylvania Eastern Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107


RE: Angela R. Koutsouros
SSN: XXX-XX-8927
BANKRUPTCY CASE#: 22-11252 MDC

Dear Clerk:

Please withdraw claim #5 filed by Educational Credit Management Corporation (ECMC) in the amount of $31,170.79 filed on June 1, 2022. This debt has been paid in full through consolidation.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at (651) 221-0566 X 5514.

Sincerely,

Chammye Xiong
Operations Specialist
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408