### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Angela R. Koutsouros
        Debtor(s)

Case No: 22−11252−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED − Objection to Claim Number 6 by Claimant National Collegiate Student Loan Trust 2004−2. Filed by Angela R. Koutsouros.

      on: 11/28/23

      at: 10:30 AM

      in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/1/23

Timothy B. McGrath
Clerk of Court