United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-11252-mdc

Angela R. Koutsouros  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 01, 2023 | Form ID: 167 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela R. Koutsouros, 12 Wilkshire Rd, Doylestown, PA 18901-2848 |
| cr | + | TSI, TSI, PO Box 4275, Norcross, GA 30091-4275 |
| cr | + | TruMark Financial Credit Union, Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 02 2023 00:15:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 02 2023 00:24:36 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AARON R EASLEY | on behalf of Creditor National Collegiate Student Loan Trust 2004-2 aeasley@sessions.legal cgubala@sessions.legal |
| CORINNE SAMLER BRENNAN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 01, 2023 | Form ID: 167 | Total Noticed: 5 |

      on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com

JOHN MICHAEL QUAIN, Jr.
      on behalf of Interested Party ECMC jquain@barley.com  sromig@barley.com

KENNETH E. WEST
      ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
      on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
      on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL A. CIBIK
      on behalf of Debtor Angela R. Koutsouros mail@cibiklaw.com
cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email

MICHAEL I. ASSAD
      on behalf of Debtor Angela R. Koutsouros mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com

ROBERT P. COCCO
      on behalf of Debtor Angela R. Koutsouros bob.cocco@phillyconsumerlaw.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela R. Koutsouros
    Debtor(s)

Case No: 22−11252−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED − Objection to Claim Number 6 by Claimant National Collegiate Student Loan Trust 2004−2. Filed by Angela R. Koutsouros.

on: 11/28/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/1/23

Timothy B. McGrath
Clerk of Court

66 − 65
Form 167