UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ANGELA R. KOUTSOUROS                          CASE NO. 22-11252

DEBTOR.                                       CHAPTER 13

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| Washington State | June 2001 | 31273 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S. District Court for the Western District of WA | October 11, 2002 | 31273 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Ninth Circuit Court of Appeals | 10/09/2007 | 31273 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Supreme Court | 10/29/2018 | 31273 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for      ANGELA R. KOUTSOUROS

(Applicant's Signature)

_____
Date:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____9/27/2023_____         /s/Christina L. Henry
                                                Christina L. Henry, Attorney

Henry & DeGraaff, P.S.
119 1st Ave S, Ste 500
Seattle, WA 98104
Tel 206/330-0595
chenry@HDM-legal.com

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States Bankruptcy Court for the Eastern District of Pennsylvania hereby moves for the admission of Christina L. Henry to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Robert Cocco | /s/Robert P. Cocco | 11/24/1993 | 61907 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Robert P. Cocco, Esquire
1500 Walnut Street, Suite 900, Philadelphia, PA 19102
215-351-0200

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/28/23                              /s/Robert P. Cocco
                                                 (Sponsor's Signature)