UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ANGELA R. KOUTSOUROS                    CASE NO. 22-11252

                                        CHAPTER 13

            DEBTOR.

**ORDER**

AND NOW, this _____ day of 2023, it is hereby ORDERED that the application of Christina Henry, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐       GRANTED

☐       DENIED


                              _____
                                                                     J.