UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ANGELA R. KOUTSOUROS                           CASE NO. 22-11252

DEBTOR.                                        CHAPTER 13

CERTIFICATE OF SERVICE

    I declare under penalty of perjury that a copy of the application of Christina L. Henry, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Aaron Easley, Esq.
SESSIONS ISRAEL & SHARTLE
3 Cross Creek Drive
Flemington NJ 08822-4938
aeasley@sessions.legal

/s/Robert P. Cocco

Moving Party: Angela Koutsouros

Dated: 09/28/2023