UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ANGELA R. KOUTSOUROS                    CASE NO. 22-11252

                                        CHAPTER 13

   DEBTOR.

**ORDER**

AND NOW, this ____ day of 2023, it is hereby ORDERED that the application of Christina Henry, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

   xx    GRANTED

   ☐    DENIED

Date 11/17/2023

_____
MAGDELINE D. COLEMAN,  J.
Chief Bankruptcy Judge