United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11252-mdc |
| Angela R. Koutsouros | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Angela R. Koutsouros, 12 Wilkshire Rd, Doylestown, PA 18901-2848 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AARON R EASLEY | on behalf of Creditor National Collegiate Student Loan Trust 2004-2 aeasley@sessions.legal cgubala@sessions.legal |
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com swenitsky@klehr.com;nyackle@klehr.com |
| JOHN MICHAEL QUAIN, Jr. | on behalf of Interested Party ECMC jquain@barley.com sromig@barley.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 20, 2023 | Form ID: pdf900 | Total Noticed: 1

MICHAEL A. CIBIK
   on behalf of Debtor Angela R. Koutsouros mail@cibiklaw.com
   cibiklawpc@jubileebk.net;8699050420@filings.docketbird.com;cibiklaw@recap.email

MICHAEL I. ASSAD
   on behalf of Debtor Angela R. Koutsouros mail@cibiklaw.com
   cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email

ROBERT P. COCCO
   on behalf of Debtor Angela R. Koutsouros bob.cocco@phillyconsumerlaw.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ANGELA R. KOUTSOUROS             CASE NO. 22-11252

                                 CHAPTER 13

            DEBTOR.

## ORDER

AND NOW, this ____ day of 2023, it is hereby ORDERED that the application of Christina Henry, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

    xx    GRANTED

    ☐    DENIED

Date 11/17/2023

_____ J.
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge