# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Angela R. Koutsouros,<br><br>            Debtor. | Case No. 22-11252-mdc<br><br>Chapter 13<br><br>Related to ECF No. 57 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Debtor's Objection to Claim Number 6 by Claimant National Collegiate Student Loan Trust 2004-2, which was filed with the Court on August 21, 2023, as ECF No. 57. Thank you.

Date: December 12, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com