IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE: ANGELA R KOUTSOUROS

CASE NO. 22-11252

CLAIM: #6

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, NATIONAL COLLEGIATE STUDENT LOAN TRUST hereby request the Trustee payment address on its claim for the above mentioned case be changed from the following address:

**NATIONAL COLLEGIATE STUDENT LOAN TRUST**
**Transworld Systems Inc**
**PO BOX 96525**
**Charlotte NC, 28296**

To the new address below:

**NATIONAL COLLEIATE STUDENT LOAN TRUST**
**Transworld Systems Inc**
**PO BOX 17116**
**WILMINGTON, DE 19850**

This address change pertains to Trustee payments for this claim filed by the Creditor.

Stellia Joyner                                                                  Date: 12/12/2023
Stellia Joyner
Telephone: 1-800-209-9161

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

## PHILADELPHIA DIVISION

Re: ANGELA R KOUTSOUROS          Chapter: 13
                                 Case Number: 22-11252-mdc

### CERTIFICATE OF SERVICE

This is to certify that on 12/13/2023, I have served all parties in the within and foregoing matter with a copy of the foregoing Proof of Claim, by depositing a copy of the same in the United States Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:     ANGELA R KOUTSOUROS
            12 WILKSHIRE ROAD, DOLESTOWN, PA 18901

Debtor's Attorney:    MICHEAL I ASSAD
                      CIBIK LAW P.C.,
                      1500 WALNUT STREET, SUITE 900, PHILADELPHIA, PA 19102

Trustee:      KENNETH E WEST
              OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
              1234 MARKET STREET – SUITE 1813, PHILADELPHIA, PA 19107

____/s/_ Lestellia Joyner _____
Lestellia Joyner, Vendor Network Representative
Transworld Systems Inc./Servicer for creditor
1-800-209-9161