B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re ANGELA R KOUTSOUROS,     Case No. 2-22-BK-11252

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Resurgent Receivables LLC | Fair Square Financial LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Resurgent Receivables LLC
PO Box 10587
Greenville SC 29603

Court Claim # (if known): 7
Amount of Claim: 382.53
Date Claim Filed: 6/18/2022

Phone: (877) 264-5884
Last Four Digits of Acct #: 8986

Phone: 
Last Four Digits of Acct. #: 8986

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603

Phone: (877) 264-5884
Last Four Digits of Acct #: 8986

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Helga Ridgeway     Date: 10/7/2024
Transferee/Transferee's Agent
(877) 264-5884
AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.